UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 23-cr-215 |
|     Plaintiffs | : | |
| V. | : | |
| | : | |
| | : | |
| DOUGLAS WYATT et al. | : | JULY 14, 2023 |
|     Defendant | | |

## WAIVER OF SPEEDY TRIAL AND REQUEST FOR EXTENDED DEADLINES

The undersigned is retained counsel for Douglas Wyatt.

Mr. Wyatt has signed a plea agreement together with a stipulation of offense conduct and intends to enter a plea of guilty in accordance with that agreement. It is his intention to waive a grand jury indictment as well.

The undersigned has been informed that the case has been transferred to the docket of United States District Court Judge Randolph Moss for purposes of entry of a plea and sentencing. It is the undersigned's understanding that the Court;s practice is to move promptly once a matter has been assigned to its docket. This case is now assigned to Judge Moss's docket.

The undersigned has represented Mr. Wyatt since he was first arrested and is the sole member of his firm admitted in the United States District Court for the District of Columbia. The undersigned has experience in the handling of cases incident to the events at the Capitol on January 6, 2021 due to his representation of members of the Proud Boys, Alex Jones and others.

The undersigned is expected to be out of the office from July 14, 2023 through August 21, 2023 on a pre-planned respite.

The undersigned understands his obligation to his client and will make arrangements to travel to Washington, D.C. if required to do so on any date as ordered. It will require a full day's travel to reach the courthouse during this period of the undersigned's absence from his office. However, the undersigned is requesting that the matter be delayed until at least August 21, 2023.

The undersigned has discussed with Mr. Wyatt his rights to a speedy trial and prompt adjudication of the matter, and Mr. Wyatt waives any rights be may have under the Speedy Trial Act until September 30, 2023, a period the undersigned believes may be necessary to accommodate the trial court's trial schedule in another matter.

The undersigned has discussed this matter with a clerk of the court and understands that the Court may want to schedule a teleconference on August 3, 2023. The undersigned can be available on that date at any time.

The Government does not object to a delay of the proceedings in this matter to accommodate counsel.

WHEREFORE, the undersigned requests that this Court delay the proceedings until such time as the undersigned can return from an extended absence and personally attend to the matter.

/s/ Norman Pattis /s/ NORMAN PATTIS

Pattis & Smith, LLC
383 Orange Street
New Haven, CT 06511
Tel: 203-393-3017
Fax: 203-393-9745
npattis@pattisandsmith.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the foregoing date, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

/s/ NORMAN PATTIS

                        THE DEFENDANT

By: /s/ NORMAN PATTIS /s/
NORMAN PATTIS
PATTIS & SMITH, LLC
383 Orange Street
New Haven, CT 06511
T: 203.393.3017
F: 203.393.9745
npattis@pattisandsmith.com